### Peter Nelson v. The State.

Indictment.—The provision of the Code of Criminal Procedure, that an indictment must charge the commission of the offense at a date anterior to the presentment of the indictment, is a positive requirement which must be observed. Pasc. Dig., Art. 2863.

Appeal from the County Court of Houston.   Tried below before the Hon. S. A. Miller.

*E. Adams*, for the appellant.

*George McCormick*, Assistant Attorney General, for the State.

White, J.   The indictment in this case was filed in court on the 20th of November, 1873.   The offense charged against defendant is alleged to have been committed on the 24th day of November, 1873, four days after the indictment purports to have been filed.

Subdivision 6 of Article 2863, Paschal's Digest, which Article prescribes the requisites to an indictment, is in these words: " The time mentioned must be some date anterior to the presentment of the indictment, and not so remote that the prosecution of the offense is barred by limitation." " This allegation is a positive requisition of the law, and must be observed." *Joel* v. *The State*, 28 Texas, 642.

The judgment is reversed and the cause dismissed.

*Reversed and dismissed.*